In the Matter of FARRAGUT GARDENS No. 1, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [1402-1416 New York Ave., Borough of Brooklyn.] — Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 913.]

In the Matter of the VILLAGE OF PORT CHESTER, Respondent, Relative to Acquiring Title to Real Property of JOSEPH TUNICK & SONS, INC., Appellant, et al., Defendants.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 941.]

ANNA JACOUBOVITCH, Appellant, v. ARMAND JACOUBOVITCH, Respondent.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 1027.]

ARTHUR BANDMAN, Respondent, v. MICHAEL ESTRIN, Defendant, and JOYCE ESTRIN, Appellant.— Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ.